Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of New York ▼

_Utica_ Division

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Sept 29 - 2023**
John M. Domurad, Clerk

SHAI HARRIS           )  Case No.
                      )  *(to be filled in by the Clerk's Office)*
                      )  6:23-cv-1221 (BKS/TWD)
*Plaintiff(s)*        )
*(Write the full name of each plaintiff who is filing this complaint.*  )  Jury Trial: *(check one)* ✔ Yes ☐ No
*If the names of all the plaintiffs cannot fit in the space above,*     )
*please write "see attached" in the space and attach an additional*     )
*page with the full list of names.)*                                    )
        -v-                                                             )
                                                                        )
NEVADA FUNDING, LLC, RUSHMYFILE, INC., LIL                              )
WAVE FINANCIAL, INC., FUNDING RUSH, INC.                                )
ANDREW ADRIAN DIOLI, BARUCH ALON HARARI,                                )
TERESA ANN GORMAN, (SEE ATTACHED)                                       )
*Defendant(s)*                                                          )
*(Write the full name of each defendant who is being sued. If the*      )
*names of all the defendants cannot fit in the space above, please*     )
*write "see attached" in the space and attach an additional page*       )
*with the full list of names.)*                                         )

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

  **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Shai Harris |
   | Street Address | 328 Ritter Road |
   | City and County | Little Falls, Herkimer |
   | State and Zip Code | New York, 13365 |
   | Telephone Number | (844) 428-5331 ext. 3 |
   | E-mail Address | association800ranch@gmail.com |

  **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | John Gordon |
| Job or Title (if known) | Nevada Funding, LLC |
| Street Address | 9030 W Sahara Ave Unit #411 |
| City and County | Las Vegas |
| State and Zip Code | Nevada |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Harari, Baruch Alon |
| Job or Title (if known) | Lil Wave Financial, Inc  Superior Loan Servicing , Mortgage Broker |
| Street Address | 8920 West Tropicana Ave #103 |
| City and County | Las Vegas |
| State and Zip Code | Nevada , 89147 |
| Telephone Number | (8180 483-0027 |
| E-mail Address (if known) | barry@superiorloanservicing.com |

Defendant No. 3

| | |
|---|---|
| Name | Andrew A Dioli |
| Job or Title (if known) | Funding Rush, Inc. Mortgage Broker |
| Street Address | 380 Beach Road, Ste R |
| City and County | Burlingame |
| State and Zip Code | California, 94010 |
| Telephone Number | (415) 724-8588 |
| E-mail Address (if known) | andrewdioli@yahoo.com |

Defendant No. 4

| | |
|---|---|
| Name | Andrew Adrian Dioli |
| Job or Title (if known) | RushMyFile, Inc. Mortgage Broker |
| Street Address | 380 Beach RD STE B |
| City and County | Burlingame |
| State and Zip Code | California |
| Telephone Number | (415) 724-8588 |
| E-mail Address (if known) | andrewdioli@yahoo.com |

## List of Defendants attached to complaint by Shai Harris

NEVADA FUNDING, LLC,

RUSHMYFILE, INC.,

LIL WAVE FINANCIAL, INC.,

FUNDING RUSH, INC.

ANDREW ADRIAN DIOLI

BARUCH ALON HARARI,

TERESA ANN GORMAN,

DOUGLAS JAMES BURTON,

ASSET DEFAULT MANAGEMENT

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Champerty pursuant to New York Judicial Law Section 489 , Uniform Commercial Code § 2-302. Unconscionable contract or Clause, New York Consolidated Laws Banking Article 12-E (599-A - 599-R), New York State Administrative Procedure Act Law Section 301.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff is aggrieved in the matter which derives from unconscionable adhesion contracts established on mortgage origination misconduct. The Defendants have illustrated champerty upon the plaintiff real property assets while circumventing due process by us of a power coupled with an interest, to perform litigation by proxxy and other acts of misconduct. The defendants work as a sohpoisticated group of licensed professionals that clearly viiolate law for and ignore due process.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff seeks that the court may provide adjudicatory proceeding to determing that claims of misconduct, unconscionable contracts by procedure and substaintive means, and also measure champerty and provide any such other relief that may be just in this matter. The plaintiff also prays of restitution and other awrds for harm as may be further determined and demanded.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/29/2023

Signature of Plaintiff: *Shai Harris*

Printed Name of Plaintiff: SHAI HARRIS

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____